**SENDER:**
- Complete items 1 and/or 2 for additional services.
  Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

13.346 CR

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

**3. Article Addressed to:**

Suzanne Kramer

~~101 Sturnberg~~
325 S. MAIN ST.

San Antonio, TX 78204

**4a. Article Number**

7002 0460 0000 0067 3056

**4b. Service Type**

| | |
|---|---|
| ☐ Registered | ☒ Certified |
| ☐ Express Mail | ☐ Insured |
| ☒ Return Receipt for Merchandise | ☐ COD |

**7. Date of Delivery** DEC 10 2013

**5. Received By:** *(Print Name)*

Cecil A. McE

**6. Signature** *(Addressee or Agent)*

Terrik McKay

PS Form **3811**, December 1994

102595-99-B-0223     Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*

Thank you for using Return Receipt Service.

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

FILED
IN THE COURT OF APPEALS Print your name, address, and ZIP Code in this box ●
AT SAN ANTONIO, TEXAS

2013 DEC 11 PM 12: 38

*Keith E. Hottle*

KEITH E. HOTTLE, CLERK

**COURT OF APPEALS**
**FOURTH COURT OF APPEALS DISTRICT**
**CADENA-REEVES JUSTICE CENTER**
**300 DOLOROSA SUITE 3200**
**SAN ANTONIO, TEXAS 78205**